STATE OF NEW JERSEY v. DANNY E. WILSON.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND ROCHESTER.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE SHIPMAN.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL WALTON.

September 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER JELINSKI.

September 29, 1987.

Petition for certification denied.